# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE CHARLES R. BREYER |
| This document relates to:<br><br>JUDITH CROWLEY<br>Individual Case No. C06-2895 CRB | |

## ORDER

On considering the foregoing Voluntary Dismissal:

**IT IS HEREBY ORDERED** that dismissal of the Complaint of Plaintiff, **JUDITH CROWLEY**, in an action entitled *Judith Crowley v. Merck & Company, et al.*, Docket No. 06-2895, is hereby GRANTED. If the Plaintiff seeks to refile her claim, she must do so in the Federal Court.

**IT IS SO ORDERED** this 19th day of December, 2006.



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE